BWW#:VA-350319

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:  
CALVIN D SCOTT  
    Debtor  
_____  
PENNYMAC LOAN SERVICES, LLC  
    Movant  
v.  
CALVIN D SCOTT  
    Debtor/Respondent  
and  
JANET M MEIBURGER  
    Trustee/Respondent  

Case No. 20-11720-BFK

Chapter 7

## NOTICE OF VOLUNTARY WITHDRAWAL OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, PennyMac Loan Services, LLC (the "Movant), by and through counsel, and hereby withdraws, without prejudice, its Motion for Relief from the Automatic Stay filed on August 24, 2020 with respect to the real property known as 5504 Gracelyn Ct, Woodbridge, VA 22193-0000.

Respectfully Submitted,

Dated: September 16, 2020

_/s/ Lauren S. Hunt_____  
Lauren S. Hunt VSB# 92916  
BWW Law Group, LLC  
8100 Three Chopt Road, Suite 240  
Richmond, VA 23229  
(804) 282-0463 (phone)  
(804) 282-0541 (facsimile)  
bankruptcy@bww-law.com  
*Counsel for the Movant*

_____  
Lauren S. Hunt, VSB# 92916  
8100 Three Chopt Road, Suite 240  
Richmond, VA 23229  
(804) 282-0463(Phone)  
*Counsel for the Movant*

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of September, 2020, the following person(s) were or will be served with a copy of the foregoing Notice of Withdrawal of Motion for Relief from the Automatic Stay electronically via the CM/ECF system or by first class mail, postage prepaid:

Janet M Meiburger, Trustee
1493 Chain Bridge Road, Suite 201
McLean, VA 22101

Brian Kenneth Madden, Esq.
P.O. Box 7663
Arlington, VA 22207

Calvin D Scott
5504 Gracelyn Ct.
Woodbridge, VA 22193

/s/ Lauren S. Hunt
Lauren S. Hunt VSB# 92916
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*